**Opinion filed January 22, 2009**



In The

# Eleventh Court of Appeals

————

## No. 11-08-00233-CR

————

### PHILLIP ALAN ADAMS, Appellant

### V.

### STATE OF TEXAS, Appellee

**On Appeal from the 29th District Court**

**Palo Pinto County, Texas**

**Trial Court Cause No. 10,947-A**

### M E M O R A N D U M   O P I N I O N

Phillip Alan Adams perfected this appeal from the trial court's order denying his motion for court-appointed counsel to represent him in his efforts to seek DNA testing pursuant to TEX. CODE CRIM. PROC. ANN. arts. 64.01-.05 (Vernon 2006 & Supp. 2008). Appellant has now filed a motion to withdraw his pro se notice of appeal. The motion is granted, and the appeal is dismissed.

January 22, 2009                                                           PER CURIAM

Do not publish. *See* TEX. R. APP. P. 47.2(b).

Panel consists of:   Wright, C.J.,
McCall, J., and Strange, J.